**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　　　　　　　　　**GREENBELT, MARYLAND 20770**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**301-344-0052**

## M E M O R A N D U M

TO:　　　　Counsel of Record

FROM:　　Judge Roger W. Titus

RE:　　　　*United States of America v. Rodney Stansbury*
　　　　　　Criminal No. RWT-10-171-5

DATE:　　January 3, 2012

\* \* \* \* \* \* \* \* \*

By the consent of the parties, the sentencing currently scheduled on January 13, 2012 at 9:00 a.m. as to Rodney Stansbury is **RESCHEDULED** for **March 15, 2012 at 10:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Roger W. Titus
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge