U.S.A.

vs.

Rodney Stansbury

Criminal No. <u>RWT 10-0171-005</u>             <u>Defendant's Sentencing Exhibit</u>

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/31/2012 | | DEA 6 – re: confidential source |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | | |
| | | | |
| | | | *Exhibits returned to defense counsel |
| | | | |
| | | | |
| | | | |